FILED
2026 Jan-28 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBIN BLACK,**<br>**Plaintiff,** | |
| **v.** | **Case No. 1:25cv-01365-CLM** |
| **USHEALTH ADVISORS, LLC, and USHEALTH GROUP, INC.**<br>**Defendants.** | |

# PLAINTIFF'S JURISDICTIONAL INTERROGATORIES

1. How many TCPA claims has USHealth Group, Inc. settled in relation to the activities of USHealth Advisors in the last five years in the state of Alabama?
2. How many insurance agents identify themselves as agents of USHealth Group, Inc., who are licensed to sell insurance in Alabama?
3. Please describe in detail USHealth Group, Inc.'s prior settlements with Plaintiff Robin Black and Erica Gibbs prior to negotiations with Ms. Black, as to the violations alleged in the case (44 calls and texts).
4. Please list every claim in the last five years made by a person with an Alabama address against USHealth Advisors that USHealth Group, Inc. has included language requiring USHealth Group, Inc. be the permanent contact as the execution of the agreement.

5. Please explain how the corporation and the agents involved in this case are competing corporations and agents from USHeath Group, Inc.
6. Please explain why USHealth Group, Inc. claims it cannot direct the sales activities of USHealth Advisors.

Respectfully submitted this 28th day of January 2025.

***Attorneys for Plaintiff***

*/s/ Michael F. Braun*

Michael F. Braun (4167U50M)
5016 Centennial Blvd., Ste. 200
Nashville TN 37209
(615) 378-8942
mfb@braun-law.com

*/s/ L. Landis Sexton*

L. Landis Sexton (5057N71L)
3116 Southview Avenue
Montgomery, AL 36106
(334) 303-9359
Landis7777@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 28, 2026, a true and correct copy of the foregoing was on all counsel of record via CM-ECF.

*/s/ L. Landis Sexton*

L. LANDIS SEXTON