FILED
2026 Nov-16 AM 08:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# Lookup Search

How Do I?

Jurisdiction REQUIRED

Alabama

Search Type REQUIRED

Licensee

Entity Type REQUIRED

Business Entity

Enter one or more additional fields:

License Number

NPN

Business Name

USHEALTH Advisors

Advanced Criteria

I agree to the NAIC's Terms and Conditions

Search Reset

| License Number | NPN | Name | License Type - Status | License Effective Date | Expiration Date | Is Resident? | LOAs | Alias Names | Business Address | Business Phone | Designate Home State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 426961 | 13758506 | USHEALTH ADVISORS, LLC | Insurance Producer-Active | 01/01/2025 | 12/31/2026 | No | Accident & Health or Sickness (05/19/2009) Life (05/19/2009) | | FORT WORTH, TX 76102 | (817) 878-3872 | |

© 2026 National Association of Insurance Commissioners. All rights reserved.

This document may serve in lieu of a Letter of Certification.

# Licensee Demographics

**Name:** USHEALTH Advisors, LLC
**NPN:** 13758506
**Domicile State:** Texas
**Domicile Country:** United States
**Resident?:** No
**Business Address:**
FORT WORTH, TX 76102

# License Quick View

| License Class | License Status | Status Date | Effective Date | Expiration Date |
|---|---|---|---|---|
| Insurance Producer | Active | 12/02/2024 | 01/01/2025 | 12/31/2026 |

# Phone, Email, Website

**Phone**

| Type | Number |
|---|---|
| Business Primary Phone | (817) 878-3872 |
| Business Fax Phone | (817) 885-5507 |
| Mailing Primary Phone | (817) 878-3607 |
| Fax Phone | (952) 979-7810 |

**Email**

| Type | E-mail |
|---|---|
| Business Email | dori_taggart@uhc.com |

**Website**

No results found.

# License Information

**License Type:** Insurance Producer
**License Number:** 426961
**Effective Date:** 01/01/2025
**License Status:** Active
**First Active Date:** 05/19/2009
**Status Date:** 12/02/2024
**Expiration Date:** 12/31/2026
**Legacy License ID:**
**Designated Home State:**

# Line Of Authority

| Line Name | Qualification | School Code | Exam/Cert Date | Line Status | Status Date | Effective Date |
|---|---|---|---|---|---|---|
| Life | Not Applicable | | 05/19/2009 | Approved | 12/02/2024 | 05/19/2009 |
| Accident & Health or Sickness | Not Applicable | | 05/19/2009 | Approved | 12/02/2024 | 05/19/2009 |

# Alias Names

No results found.

# Designated Responsible Licensed Producer

| Name | License # | NPN | License Class | License Status | Resident State | Start Date |
|---|---|---|---|---|---|---|
| KYLE PATRANELLA | 3002871063 | 21008609 | Insurance Producer | Active | Texas | 12/04/2024 |

© 2026 National Association of Insurance Commissioners. All rights reserved.

## Appointments

| Company Name | NAIC CoCode | License Type | Line of Authority | Appointment Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|
| FREEDOM LIFE INS CO OF AMERICA | 62324 | Insurance Producer | Life | 06/11/2010 | 01/01/2026 | 12/31/2026 |
| FREEDOM LIFE INS CO OF AMERICA | 62324 | Insurance Producer | Accident & Health or Sickness | 06/11/2010 | 01/01/2026 | 12/31/2026 |
| UNITEDHEALTHCARE INSURANCE COMPANY | 79413 | Insurance Producer | Accident & Health or Sickness | 10/01/2021 | 01/01/2026 | 12/31/2026 |

## Relationships

No results found.

## Owners, Partners, Officers and Directors

| Name | Designation | Pct Owned | Owner | Status Date | Start Date |
|---|---|---|---|---|---|
| JOHN W. COSGRIFF | MANAGER/PRESIDENT | | No | 05/23/2023 | 05/23/2023 |
| JENNIFER LEWIS- DAVID | SECRETARY | | No | 10/08/2019 | 10/08/2019 |
| PETER GILL | TREASURER/ CHIEF INVESTMENT OFFICER | | No | 10/08/2019 | 10/08/2019 |
| HEATHER A LANG | ASSISTANT SECRETARY | | No | 05/12/2023 | 05/12/2023 |

## Business Entity Affiliations

| NPN | Name | Related License # | Related License Type | Effective Date |
|---|---|---|---|---|
| 6740640 | DANIEL ASHFIELD | 494199 | Insurance Producer | 04/18/2019 |
| 259930 | JAMES WHITE | 27066 | Insurance Producer | 03/07/2018 |
| 7236029 | PAUL MCCAWLEY | 801285 | Insurance Producer | 03/28/2025 |
| 21483623 | EMANUEL BAS | 3004489057 | Insurance Producer | 10/09/2026 |
| 8970245 | MICHAEL CLARK | 273214 | Insurance Producer | 09/24/2018 |
| 18431347 | ASHLEY YEOMANS | 3000343272 | Insurance Producer | 11/18/2019 |
| 19779161 | TRENT HALE | 3001160936 | Insurance Producer | 09/20/2022 |

## Branch Office Information

No results found.

© 2026 National Association of Insurance Commissioners. All rights reserved.